IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN KOBYLAKIEWICZ, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | NO. 12-4209 |
| Commissioner of Social Security | : | |

ORDER

AND NOW, this 31st day of March, 2014, upon consider of the plaintiff's motion for summary judgment or, in the alternative, for remand (docket entry # 9), defendant's response (docket entry # 11), our January 24, 2013 Order referring the matter to Magistrate Judge Henry S. Perkin in accordance with the procedure for the random assignment of social security cases, Local Rule 72.1, and 28 U.S.C. §636(b)(1)(B) (docket entry # 12), and Judge Perkin's unopposed Report and Recommendation (docket entry # 14), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's motion is DENIED;

3. The decision of the Commissioner of Social Security is AFFIRMED; and

4. The Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.